Generated: Feb 15, 2024 2:03PM                                                                                                  Page 1/1

# U.S. District Court

Arkansas Eastern - Little Rock

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 15 2024

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Receipt Date: Feb 15, 2024 2:03PM

LAX VAUGHAN FORTSON ROWE & THREET PA
11300 CANTRELL WEST BUILDING
SUITE 201
LITTLE ROCK, AR 72212

Rcpt. No: 5333                          Trans. Date: Feb 15, 2024 2:03PM                          Cashier ID: #JP

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 205 | Miscellaneous Filing Fees | DARE424MC000001 /001 | 1 | 52.00 | 52.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #21160 | 02/13/2024 | | $52.00 |

Total Due Prior to Payment: $52.00
Total Tendered: $52.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.