FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 15 2024

TAMMY H. DOWNS, CLERK
By: _____
                DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| FISHER-PRICE, INC. and MATTEL, INC., | |
| Petitioners, | Civil Action File No.: 4:24mc001-KGB |
| v. | (Related to Civil Action No. 1:22-cv-10984 D. Mass.) |
| UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES | |
| Respondent. | This case assigned to District Judge _____ and to Magistrate Judge _____ |

## PETITIONERS FISHER-PRICE, INC.'S AND MATTEL, INC.'S MOTION TO COMPEL THE UNIVERSITY OF ARKANSAS TO PRODUCE MATERIAL RESPONSIVE TO SUBPOENA

Petitioners Fisher-Price, Inc. ("Fisher-Price") and Mattel, Inc. ("Mattel") (collectively, "Petitioners"), pursuant to Fed. R. Civ. P. 45 and 37, as well as Local Rule 7.2, hereby move this Court for an order compelling Respondent University of Arkansas for Medical Sciences (the "University") to comply with a subpoena issued out of the United States District Court for the Eastern District of Arkansas by Petitioners in the underlying litigation pending in the United States District Court for the District of Massachusetts captioned *Colon, et al. v. Fisher-Price, Inc., et al.*, Civil Action No. 1:22-cv-10984, for which service was accepted by Respondent on September 15, 2023 (the "Subpoena").

As set forth in detail in the accompanying Brief in Support of this of Motion, Petitioners assert that the Subpoena should be enforced in full and the University should be compelled to produce any responsive documents withheld under a claim of confidentiality because: (1) the University fails to meet its initial burden of establishing that any of the withheld material is confidential research, development, or commercial information under Fed. R. Civ. P.

45(d)(3)(B)(i) or 15 U.S.C. § 2055; (2) to the extent the University has met its burden of establishing that the withheld responsive materials are confidential research, development, or commercial information, there is substantial need for the discovery of the material by the Petitioners and such need outweighs the interests of confidentiality; and (3) there is a confidentiality order in the *Colon* case under which the material may be designated as "Confidential" by the University, thereby rendering any concerns of confidentiality immaterial.

In accordance with Local Civil Rule 7.2(g), Petitioners have conferred in good faith with counsel representing the University regarding the Subpoena and the parties are not able to resolve their disagreements without the intervention of the Court. The University will likely oppose this motion and it is possible that the Consumer Product Safety Commission ("CPSC") may intervene to oppose this motion.

WHEREFORE, Petitioners respectfully request that the Court enter an Order compelling the Respondent University of Arkansas for Medical Sciences to comply with the Subpoena served by Petitioners on September 15, 2023 and produce all withheld material responsive to the Subpoena.

This 15th Day of February, 2024.

Respectfully Submitted,

_____
Grant E. Fortson (Ark. Bar No. 92148)
**LAX, VAUGHAN, FORTSON, ROWE & THREET, P.A.**
11300 Cantrell Road, Suite 201
Little Rock, AR 72212
gfortson@laxvaughan.com
(501) 907-5443

and

Lori G. Cohen (*pro hac vice forthcoming*)
Brandon D. Cox (*pro hac vice forthcoming*)
Bardia Sergent (*pro hac vice forthcoming*)
R. Brady Herman (*pro hac vice forthcoming*)
**GREENBERG TRAURIG, LLP**
The Terminus
3333 Piedmont Road, N.E.
Suite 2500
Atlanta, GA 30305
Tel.: (678) 553-2100
Fax: (678) 553-2212
Email: cohenl@gtlaw.com
Email: coxb@gtlaw.com
Email: sergentb@gtlaw.com
Email: hermanb@gtlaw.com

*Counsel for Fisher-Price, Inc. and Mattel, Inc.*

## CERTIFICATE OF SERVICE

      I, Grant E. Fortson, hereby certify that on February 15, 2024, I served a true and correct copy of the foregoing via U.S. Mail, certified and return receipt requested, as well as electronic mail, upon the following:

Sherri L. Robinson
Associate General Counsel
Office of General Counsel
University of Arkansas for Medical Sciences
4301 W. Markham St., #860
Little Rock, AR 72205-7199
Main: 501-686-7964; Mitel: 10648
Email: SLRobinson@UAMS.edu


With a courtesy copy sent via electronic mail to Counsel for Plaintiffs in the underlying case pending in the United States District Court for the District of Massachusetts captioned *Colon, et al. v. Fisher-Price, Inc., et al.*, Civil Action No. 1:22-cv-10984:

Leo v. Boyle
Peter J. Ainsworth
Robert F. Foster
Meehan, Boule, Black, & Bogdanow, P.C.
100 Cambridge Street, Suite 2101
Boston, MA 02114
Tel.: (617) 523-8300
Email: lboyle@meehanboyle.com
Email: painsworth@meehanboyle.com
Email: rfoster@meehanboyle.com

                                                                                    _____
                                                                                    Grant E. Fortson
                                                                                    *Counsel for Fisher-Price, Inc. and Mattel, Inc.,*