IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **FISHER-PRICE, INC. and MATTEL, INC.,** | |
| Petitioners, | Civil Action File No.:  4:24-mc-00001-KGB |
| v. | (Related to Civil Action No. 1:22-cv-10984 D. Mass.) |
| **UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES** | |
| **Respondent.** | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) Petitioners Fisher-Price, Inc. ("Fisher-Price") and Mattel, Inc. ("Mattel") (collectively, "Petitioners") and Respondent University of Arkansas for Medical Sciences ("Respondent") (altogether the "Parties"), by and through their undersigned counsel, stipulate and agree that the above-captioned action is dismissed without prejudice. Each party will bear its own costs and attorneys' fees. This 21st Day of June, 2024.

Respectfully Submitted,

Grant E. Fortson
Ark. Bar No. 92148
Attorney for Petitioners
LAX, VAUGHAN, FORTSON,
 ROWE & THREET, P.A.
11300 Cantrell Road, Suite 201
Little Rock, Arkansas 72212
Telephone: (501) 376-6565
E-mail:  gfortson@laxvaughan.com

and

4078854.1

Lori G. Cohen (*pro hac vice application pending*)
Brandon D. Cox (*pro hac vice application pending*)
Bardia Sergent (*pro hac vice application pending*)
R. Brady Herman (*pro hac vice application pending*)
Attorneys for Fisher-Price, Inc. and Mattel, Inc.
**GREENBERG TRAURIG, LLP**
The Terminus
3333 Piedmont Road, N.E.
Suite 2500
Atlanta, GA 30305
Tel.: (678) 553-2100
Fax: (678) 553-2212
Email: cohenl@gtlaw.com
Email: coxb@gtlaw.com
Email: sergentb@gtlaw.com
Email: hermanb@gtlaw.com

Sherri L. Robinson
Sr. Associate General Counsel
Bar Number 97194
Attorney for Respondent
Univ. of Arkansas for Medical Sciences
4301 West Markham, Slot 860
Little Rock, AR 72205
(501) 686-7608
Email: SLRobinson@uams.edu

**CERTIFICATE OF SERVICE**

      I, the undersigned counsel, certify that on June 21, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification to all counsel of record.

With a courtesy copy sent via electronic mail to Counsel for Plaintiffs in the underlying case pending in the United States District Court for the District of Massachusetts captioned *Colon, et al. v. Fisher-Price, Inc., et al.*, Civil Action No. 1:22-cv-10984:

Leo v. Boyle
Peter J. Ainsworth
Robert F. Foster
Meehan, Boule, Black, & Bogdanow, P.C.
100 Cambridge Street, Suite 2101
Boston, MA 02114
Tel.: (617) 523-8300
Email: lboyle@meehanboyle.com
Email: painsworth@meehanboyle.com
Email: rfoster@meehanboyle.com

                                          *Grant E. Fortson*
                                          Grant E. Fortson